IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JADA SCALI,

           Plaintiff,

v.

EUCHNER-USA, INC., MICHAEL LADD
and the EUCHNER-USA, INC. 401-K PLAN,

           Defendants.

Civil Action No.
5:11-cv-463
(GLS/DEP)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Euchner-USA, Inc., Michael Ladd and the Euchner-USA, Inc. 401-K Plan and plaintiff Jada Scali hereby stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without attorneys' fees or costs to any party. The parties also stipulate that no party to this action is an infant or an incompetent person.

Dated: April 3, 2012

HANCOCK ESTABROOK, LLP

_____
Michael J. Sciotti, Esq.
Bar Roll #501327
Attorneys for Defendants
1500 AXA Tower 1, 100 Madison Street
Syracuse, NY 13202

Dated: March 26, 2012

SAUNDERS KAHLER, LLP

_____
Merritt S. Locke, Esq.
Bar Roll #507164
Attorneys for Plaintiff
185 Genessee Street, Suite 1400
Utica, NY 13501-2194

SO ORDERED:

_____
Gary L. Sharpe
United States District Judge
DATED: April 4, 2012

{H1709943.1}